# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA NEAL,<br><br>      Plaintiff(s),<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>      Defendant(s). | Case No. 2:13-cv-00486-APG-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 28) |

   Pending before the Court is Plaintiff's attorneys' motion to withdraw. Docket No. 28. Any response shall be filed no later than December 5, 2013. The Court hereby **SETS** a hearing on the motion for December 18, 2013, at 4:00 p.m. in Courtroom 3A. Plaintiff and Plaintiff's counsel shall attend the hearing. Any new counsel retained to represent Plaintiff in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than December 5, 2013, Plaintiff's current counsel of record shall serve Plaintiff with this order that she appear and shall file a proof of service.

   IT IS SO ORDERED.

   DATED: November 27, 2013

                       _____
                       NANCY J. KOPPE
                       United States Magistrate Judge