1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9
10

| | |
|---|---|
| SANDRA NEAL,                                  ) | |
|                                               ) | |
|                    Plaintiff(s),              ) | Case No. 2:13-cv-00486-APG-NJK |
|                                               ) | |
| vs.                                           ) | ORDER GRANTING MOTION |
|                                               ) | TO WITHDRAW AS COUNSEL |
| WALGREEN CO., et al.,                         ) | (Docket No. 28) |
|                                               ) | |
|                    Defendant(s).              ) | |
|                                               ) | |

11
12
13
14
15
16

Pending before the Court is a motion to withdraw as counsel filed by Plaintiff's attorneys. Docket No. 28.  The motion indicates that a communication breakdown has occurred between Plaintiff and her counsel, making continued representation impossible.  *Id.* at 2; *see also* Greene Aff. at ¶ 3.  No response was filed in opposition to the motion.  The Court finds that the motion is properly resolved without a hearing, *see* Local Rule 78-2, and hereby **VACATES** the hearing set for December 18, 2013.  For good cause shown, the motion to withdraw is hereby **GRANTED**.

The Court reminds Plaintiff that parties appearing without counsel are required to abide by the rules and orders of the Court.  *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Failure to abide by the rules and/or orders of the Court may result in severe sanctions, including dismissal of a party's claims.  The Court further reminds Plaintiff that the undersigned and her staff are not able to give her legal advice and Plaintiff is not to contact the undersigned's chambers.  To the extent Plaintiff has retained new counsel, that attorney shall file a notice of appearance as soon as practicable.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1.      Add the last known address of Plaintiff to the civil docket:

         3070 S. Nellis Blvd. #1097

         Las Vegas, NV 89121

2.      Serve Plaintiff with a copy of this order at her last known addresses listed above.

IT IS SO ORDERED.

DATED:   December 13, 2013

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge

2