1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
SANDRA NEAL,                          )        Case No. 2:13-cv-00486-JCM-NJK
                                      )
11
                    Plaintiff(s),     )        ORDER SETTING HEARING
                                      )
12
vs.                                   )        (Docket No. 43)
                                      )
13
WALGREEN CO., et al.,                 )
                                      )
14
                    Defendant(s).     )
                                      )
15

        United States District Judge Andrew P. Gordon has referred this case to the undersigned to

16
hold a status hearing.  Docket No. 43.  Accordingly, a status hearing is hereby **SET** for April 2,
17
2014, at 3:00 p.m. in Courtroom 3A.
18
        IT IS SO ORDERED.
19
        DATED: March 12, 2014
20

21
                                            _____
22
                                            NANCY J. KOPPE
                                            United States Magistrate Judge
23
24
25
26
27
28