# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA NEAL,           ) | Case No. 2:13-cv-00486-JCM-NJK |
|                       ) |  |
| Plaintiff(s),    ) | ORDER SETTING HEARING |
|                       ) |  |
| vs.                   ) | (Docket No. 43) |
|                       ) |  |
| WALGREEN CO., et al., ) |  |
|                       ) |  |
| Defendant(s).    ) |  |

    United States District Judge Andrew P. Gordon has referred this case to the undersigned to hold a status hearing. Docket No. 43. Accordingly, a status hearing is hereby **SET** for April 2, 2014, at 3:00 p.m. in Courtroom 3A.

    IT IS SO ORDERED.

    DATED: March 12, 2014

                                            NANCY J. KOPPE
                                            United States Magistrate Judge